*Of Counsel*
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Telephone:  310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Guadalupe Hernandez<br><br>        Plaintiff,<br><br> v.<br><br>IOE Final Recovery, Inc. dba Corporate Trust Recovery<br><br>        Defendant. | Case No.: 5:14-cv-00391-DSF-JEM |

Plaintiff hereby dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA


By:_____/s/  Art Matthews_____
        One of Plaintiff's Attorneys


*Of Counsel*
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Telephone:  310-556-9620

- 1 -